

RECEIVED
JUN 26 2023
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**23-cv-04853-PKC-LB**

_Nikolay Levinson_

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

FTCA

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES_____    NO __✓__

-against-

_United States of America_
_Federal Bureau of prisons_
_Metropolitan Detention Center_

_____

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.    **Name of plaintiff** _Nikolay Levinson_

If you are incarcerated, provide the name of the facility and address:

_Essex County Jail_

_354 Doremus Ave_

_Newark, NJ 07105_

Prisoner ID Number: _227010053_

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1   United States of America
Full Name

Bureau of prisons, Metropolitan Detention Center
Job Title

80   29 st

Brooklyn, NY   11232
Address


Defendant No. 2   _____
Full Name

_____
Job Title

_____

_____
Address


Defendant No. 3   _____
Full Name

_____
Job Title

_____

2

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

United States of America
Full Name

Bureau of prisons, Metropolitan Detention Center
Job Title

80 29 st

Brooklyn, NY 11232
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

_____
Address

**Defendant No. 4**

_____
Full Name

_____
Job Title

_____
Address

**Defendant No. 5**

_____
Full Name

_____
Job Title

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Metropolitan Detention Center, Unit 83  Cell 817

When did the events happen? (include approximate time and date) December 4, 2021    1700 hours

3

Facts: (what happened?) I was sitting in my cell in a chair that was design by Moduform. I leaned over to the left to grab something from the closet, my left ribcage came in contact with the armrest and I heard a cracking sound. The armrests of the chair were very solid, I told the officer on duty a few hours before that the chair armrests were too solid and defective. I did not misuse the chair. I was in a lot of pain for a few days, the pain did not go away so I filled out a sick call request to see a doctor. On December 14, 2021, I was called to the medical unit and was examined by Joaquin,V MLP. I told him that I injured my ribcage, he gave me Ibuprofen 600 mg and ordered an x-ray. On December 16, 2021, I was called to have an x-ray. After the x-ray, I did not get any medical treatment or surgery, the x-ray showed a displaced fracture. The fracture healed incorrectly with a displacement, my left ribcage is in chronic pain, especially when inhaling. In october 2022, I filed a tort claim with BOP northeast regional office after 6 months there was no response.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

slight displaced fractures of the tip of the left anterior 9 and 10 ribs.
Did not get medical treatment or surgery.

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

Negligence, malpractice — 400,000 USC

I declare under penalty of perjury that on  6-8-2023  , I delivered this
complaint to prison authorities at  Essex County jail  to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-8-23

_____ N Jevihson
Signature of Plaintiff

Essex County jail
Name of Prison Facility or Address if not incarcerated

354 Doremus Ave
Newark, NJ 07105

Address

2270100S3
Prisoner ID#

rev. 12/1/2015

5

Nikolay Levinson 2270100057
Essex County Jail
354 Doremus Ave
Newark, NJ 07105

Pro Se
EDNY
225 Cadman Plaza East
Brooklyn, NY
11201

USMS