F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 0 9 2024   ★

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

Nikolay Levinson

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United states of America

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Amended complaint

**Complaint for a Civil Case**

Case No. 23cv4853

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No

*(check one)*

REC'D IN PRO SE OFFICE
OCT 10 '24 AM11:55

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nikolay Levinson |
| Street Address | 407 Highland Ave B4 |
| City and County | Palisades Park, |
| State and Zip Code | New Jersey 07650 |
| Telephone Number | (551) 361-3144 |
| E-mail Address | — |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| | United States of America. |
| Name | Metropolitan Detention Center |
| Job or Title (if known) | Doctor |
| Street Address | 80 29 street |
| City and County | Brooklyn |
| State and Zip Code | New York 11203 |
| Telephone Number | (718) 840-4200 |
| E-mail Address (if known) | — |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code                  _____

Telephone Number                    _____

E-mail Address                      _____

(if known)

Defendant No. 3

Name                        _____

Job or Title                _____

(if known)

Street Address City         _____

and County State            _____

and Zip Code                _____

Telephone Number            _____

E-mail Address              _____

(if known)

Defendant No. 4

Name                        _____

Job or Title                _____

(if known)

Street Address City         _____

and County State            _____

and Zip Code                _____

Telephone Number            _____

E-mail Address              _____

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Federal Tort Claims Act_
_Malpractice_

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)*
_____. Or is incorporated under the laws of *(foreign
nation)* _____, and has its principal place of business
in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or
the amount at stake—is more than $75,000, not counting interest and costs of court,
because *(explain)*:

_____

_____

_____

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State
how each defendant was involved and what each defendant did that caused the plaintiff harm or
violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more
than one claim is asserted, number each claim and write a short and plain statement of each claim in a
separate paragraph. Attach additional pages if needed.

On December 4, 2021 I was in MDC Brooklyn unit 83, cell 817 sitting in my chair, leaned over to grab something from closet, left ribcage come in contact with left armrest of chair and the ribs cracked. After that I filled out a sick call request. On December 14, 2021 I was called to the medical unit and saw Dr. Joaquin. He gave me ibuprofen 600 mg, scheduled an xray. On December 16, 2021 I was called to get an xray. X-ray technician Weiss administered the xray. She said that everything was "ok". The following day I saw Dr. Joaquin, he said there were no injuries shown on X-ray. I was released from FCI Danbury in April 2022, there was no X-ray done in FCI Danbury. When I got my medical files, I saw that it said I have a slight displaced fracture on the 9 and 10 ribcage on December 16, 2021, Dr. Joaquin deviated from an acceptable medical standard, he was suppose to send me for surgery to correct the displacement within seven days after X-ray. I have chronic pain on the left ribcage.

In September 2024 I saw an independent medical expert in New Jersey, they made an examination and report that there was a fractured ribcage, delay in treatment and it healed incorrectly. I have chronic pain on the left side of ribcage.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages – 400,000 USC malpractice. The fracture healed with a displacement I still have pain on the left side of ribcage all the time.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-3-, 2024.

Signature of Plaintiff

Printed Name of Plaintiff     Nikolay Levinson

6

Ms. Marina Levinson
407 Highland Ave.
Apt. B4
Palisades Park, NJ 07650-1374

DV DANIELS NJ 070

4 OCT 2024  PM 2  L

As in past elections
USPS is

If you choo
please mail

FREEDOM
FOREVER/USA

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 0 9 2024  ★

**BROOKLYN OFFICE**

clerk
pro se
EDNY
225 Cadman Plaza East
BrookLYN, NY
11201

USMS

11201-183299